UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00056-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DALTON DION HOPKINS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss Bill of Indictment Without Prejudice. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Dismiss Bill of Indictment Without Prejudice (#4) is GRANTED, and the Indictment as to this defendant is DISMISSED without prejudice.

Signed: April 29, 2015

Max O. Cogburn Jr.
United States District Judge